# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Otis Williams, III,

          Plaintiff,        Case No. 19-13342

v.                                Judith E. Levy
                                United States District Judge
CitiMortgage, Inc., et al,

                                Mag. Judge Anthony P. Patti

          Defendants.

_____/

## ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES [2] AND DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO SHOW PROPER VENUE

Plaintiff Otis Williams, III filed the complaint in this matter on November 13, 2019. (ECF No. 1.) Plaintiff is suing to protect his alleged interest in a property that is being foreclosed upon in New York. (*Id.* at PageID.11.) Additionally, Plaintiff is requesting to proceed with this lawsuit *in forma pauperis*. (ECF No. 2.)

On November 18, 2019, the Court ordered Plaintiff to provide an accounting of his finances for the *in forma pauperis* application. (ECF No. 4, PageID.26.) The Court additionally ordered Plaintiff to show cause

why the matter should not be dismissed or transferred for lack of proper venue, as Plaintiff had not alleged any of the statutory venue requirements. (*Id.* at PageID.25.) The Court ordered Plaintiff to provide these responses by December 9, 2019. (*Id.* at PageID.26.)

As of this date, Plaintiff has not yet responded to the Court's Order.

Therefore, Plaintiff's *in forma pauperis* application is DENIED for failure to provide an accounting of finances as required by 28 U.S.C. § 1915(a).

Additionally, because Plaintiff has failed to show that the Eastern District of Michigan is the proper venue for this matter pursuant to 28 U.S.C. § 1391(b), this matter is DISMISSED WITHOUT PREJUDICE. 28 U.S.C. § 1406(a).

IT IS SO ORDERED.

| | |
|---|---|
| Dated: January 3, 2020<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 3, 2020.

s/William Barkholz

WILLIAM BARKHOLZ
Case Manager